Jeremy S. Goldman (SBN 306943)
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone:	(310) 579-9611
Facsimile:	(310) 579-9650
E-mail:	jgoldman@fkks.com

Attorneys for Plaintiff LIGHT & WONDER, INC.

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHT & WONDER, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZEROO GRAVITY GAMES, LLC<br><br>　　　　Defendant. | Case No. _____<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Light & Wonder, Inc. ("LNW" or "Plaintiff"),[1] for its complaint for copyright infringement against Defendant Zeroo Gravity Games, LLC ("ZGG" or "Defendant"), alleges as follows:

**INTRODUCTION**

1.	This action arises from ZGG's creation and distribution of a mobile slots video game, *3 Stuffed Swine*, which is blatant knock-off of LNW's highly successful video slot game, *Rich Little Piggies*. ZGG's copycat game incorporates numerous protectable elements from *Rich Little Piggies* in violation of LNW's exclusive rights under the Copyright Act. LNW brings this action to stop ZGG from infringing LNW's rights and to seek redress for ZGG's infringement.

**PARTIES**

---

[1] LNW includes its predecessors in interest.

2. Plaintiff LNW is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

3. On information and belief, Defendant ZGG is a Delaware limited liability company with its principal place of business in Palo Alto, California.

## JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (original jurisdiction of copyright claims).

5. The Court has personal jurisdiction over ZGG and venue is proper in this District under 28 U.S.C. § 1391 because ZGG's headquarters are in Palo Alto, California.

## INTRADISTRICT ASSIGNMENT

6. This is an intellectual property case subject to assignment to any division pursuant to Civil Local Rule 3-2(c).

## FACTUAL ALLEGATIONS

**Light & Wonder**

7. LNW is a leading cross-platform global game company that develops and provides innovative gaming solutions, including casino games and free-to-play social casino games. For more than 50 years, LNW has been at the forefront of the gaming industry, producing some of the most popular and beloved casino and related games in the world.

8. Though originally renowned for its land-based casino games and slot machines, LNW successfully expanded into the social mobile video game sector, leveraging its extensive portfolio of popular slot titles and expertise in game design to produce some of the world's most popular and commercially successful free-to-play mobile casino-style games.

9. In 2012, LNW released *Jackpot Party*, a free-to-play social slots game. Now the company's flagship mobile app, *Jackpot Party* showcases hundreds of recreations of LNW's popular Las Vegas-style slot games, including *Zeus II*, *Invaders from the Planet Moolah*, *Gorilla Chief 2*, *Lock It Link*, *Bier Haus 200*, and *Buffalo Spirit*. Ranking among the top-grossing mobile apps, *Jackpot Party* boasts nearly one million daily active players. The app blends advanced gaming technology with impressive game design, resulting in a captivating and highly engaging

player experience.

**LNW's Game: *Rich Little Piggies***

10. In 2002, LNW released a new slot machine game titled *Rich Little Piggies*. Featuring a cast of cute, cartoony pigs as the game's main characters, the game quickly became a commercial success and favorite amongst slot enthusiasts. Over the last 20 years, LNW has released multiple variations of the game.

11. In or about October 2021, LNW released *Rich Little Piggies: Meal Ticket* as a physical slot machine. Among other changes to the original version, *Rich Little Piggies: Meal Ticket* substantially reimagined the game's aesthetic, featuring refreshed and modernized versions of the three cartoon pig characters.



12. On or about April 13, 2023, LNW released *Rich Little Piggies: Meal Ticket* as a mobile game playable on *Jackpot Party*, featuring the same refreshed design and characters.

13. LNW owns U.S. Copyright Registration No. PA 2-475-411 for *Rich Little Piggies: Meal Ticket*. A copy of the certificate of registration is annexed as Exhibit A.

**ZGG's Knock-Off: *3 Stuffed Swine***

14. ZGG is a video game developer owned by publicly traded company AppLovin Corporation. Seeking to emulate LNW's success with *Jackpot Party*, in or about February 2023, ZGG released a copycat casino-style mobile app titled *Jackpot Friends*. In addition to having virtually identical functionality and mechanics as *Jackpot Party*, ZGG's imitation casino app also

features numerous games that blatantly replicate LNW's famous and original slot and mobile games. This lawsuit focuses on *Rich Little Piggies*; there are others.

15. On April 18, 2024, ZGG announced on its Facebook page that it had added a new game to *Jackpot Friends*, titled *3 Stuffed Swine*.

16. *3 Stuffed Swine* is a shameless knock-off of *Rich Little Piggies*. ZGG's game goes well beyond mimicking *Rich Little Piggies'* game mechanics, concepts and themes by slavenly reproducing numerous protectable elements from *Rich Little Piggies*, including the detailed nuances of *Meal Ticket*'s characters and the game's carefully designed selection and arrangement.

*Rich Little Piggies*                     *3 Stuffed Swine*

 

17.  A comparison of the two games' gameplay screens illustrates the copying.  Lifted straight from *Rich Little Piggies*, *3 Stuffed Swine* prominently features a group of three rotund cartoon pigs perched in a row on top of a slot machine: a blue pig, a yellow pig, and a red pig— in the exact same order as the pigs appear in *Rich Little Piggies*. Just as in *Rich Little Piggies,* the background is a heaping pile of gold coins.

18.  ZGG copied the exact design, style, look and feel of the cartoon pigs for use in *3 Stuffed Swine* pigs. ZGG's pigs, like LNW's, share the following design elements: the pigs are exaggeratedly round in shape; they have cartoonishly short legs, disproportionately large snouts, long and thin ears that flop over; their eyes are depicted by large white circles with small black dots for pupils; and their smiling faces are expressed by single curved black lines extending up to the midpoint of their snouts. As in *Rich Little Piggies*, the *3 Stuffed Swine* pigs are anatomically incorrect— their heads *are* their bodies (they do not appear to have heads or necks separate from their torsos), and they lack a musculoskeletal structure, causing the pigs to resemble balloons as opposed to real animals:

*Rich Little Piggies*      *3 Stuffed Swine*










19. There are other examples. One of the slot machine "symbols" in *Rich Little Piggies* is a pink cartoon pig wearing a yellow bowtie, white collared shirt underneath a dark suit jacket, a monocle, and a dark colored top hat with yellow trimming.  ZGG included in its game a character *with the exact same arbitrary and idiosyncratic elements* .

*Rich Little Piggies*      *3 Stuffed Swine*




20. The icons for the two games appearing in *Jackpot Party* and *Jackpot Friends* are also nearly identical.  Both feature the yellow pig in the center, larger in size than the blue pig on

its left and the red pig on its right.  The title of the game appears in two lines in a hierarchical format with the first line in green font, and the second in yellow-gold:

| *Rich Little Piggies* | *3 Stuffed Swine* |
|---|---|
|  |  |

21. ZGG's copying was willful, intended to capitalize on the artistic and commercial success of *Rich Little Pigs* for ZGG's own competing product.

### LNW's Attempts to Resolve Its Claim Without Litigation

22. On June 11, 2024 LNW sent a letter and email to ZGG notifying ZGG of LNW's claim and demanding that ZGG remove the game from its platforms. To date, ZGG has ignored LNW's letter, leaving LNW no choice but to commence this action.

### FIRST CAUSE OF ACTION
### (Federal Copyright Infringement)

23. LNW repeats, realleges and incorporates the allegations set forth in the foregoing paragraphs as though fully set forth within.

24. LNW's *Rich Little Piggies: Meal Ticket* is an original work of authorship that constitutes copyrightable subject matter under 17 U.S.C. § 101 *et seq.*

25. LNW owns all rights, title, and interest, including the copyright, in and to *Rich Little Piggies: Meal Ticket*.

26. LNW holds Copyright Registration No. PA 2-475-411 for *Rich Little Piggies: Meal Ticket*.

27. ZGG had access to *Rich Little Piggies: Meal Ticket* by virtue of the game's worldwide popularity and distribution via numerous real-world and virtual platforms.

28. ZGG copied from *Rich Little Piggies: Meal Ticket* and incorporated into *3 Stuffed Swine* numerous elements that are protected by copyright.

29. *3 Stuffed Swine* is substantially similar to *Rich Little Piggies: Meal Ticket*.

30. LNW did not authorize ZGG to use any part of *Rich Little Piggies: Meal Ticket*.

31. ZGG violated LNW's exclusive rights in *Rich Little Piggies: Meal Ticket* by, among other things, reproducing, distributing, preparing one or more derivative works based upon, publicly displaying, and publicly performing *Rich Little Piggies: Meal Ticket*, including protectable elements from *Rich Little Piggies: Meal Ticket.*

32. ZGG's infringement is willful.

33. As a direct and proximate result of ZGG's infringement, LNW has suffered, and will continue to suffer, actual damages. LNW is entitled to its actual damages and any gains, profits, and advantages ZGG obtained through its infringing activity.

34. LNW has no adequate remedy at law for its current and prospective injuries. ZGG's continued wrongful conduct will cause LNW irreparable injury that cannot be adequately remedied at law unless the court enjoins ZGG from further infringement.

## DEMAND FOR JURY TRIAL

Plaintiff LNW hereby demands trial by jury on all issues and claims so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff LNW respectfully requests that this Court enter judgment in its favor against Defendant ZGG and grant the following relief:

A. Pursuant to 17 U.S.C. § 502, a permanent injunction restraining ZGG from infringing LNW's copyrights;

B. Pursuant to 17 U.S.C. § 503, an order impounding all copies of *3 Stuffed Swine* and other materials that infringe LNW's copyrights;

C. Pursuant to 17 U.S.C. § 504, an award of actual damages suffered by LNW as a result of ZGG's infringement, and the profits of ZGG that are attributable to its infringement;

        D.        Pursuant to 17 U.S.C. § 505 and other applicable laws, an award of full costs;

        E.        Prejudgment and post-judgment interest; and

        F.        Any further or other relief the Court deems just and proper.

DATED: July 31, 2024        FRANKFURT KURNIT KLEIN + SELZ PC

By: *(signature)*

Jeremy S. Goldman

*Attorneys for Plaintiff Light & Wonder, Inc.*