Jeremy S. Goldman (SBN 306943)
jgoldman@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone:    (310) 579-9611
Facsimile:    (310) 579-9650

Attorneys for Plaintiff LIGHT & WONDER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHT & WONDER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZEROO GRAVITY GAMES, LLC, <br><br> Defendant. | Case No. 4:24-cv-04627 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Light & Wonder, Inc. and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Zeroo Gravity Games, LLC.

DATED: October 25, 2024     FRANKFURT KURNIT KLEIN + SELZ PC

By:  */s/ Jeremy S. Goldman*
Jeremy S. Goldman
Attorneys for Plaintiff Light & Wonder, Inc.

---

1                                                                                       Case No. 4:24-cv-04627
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)